DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile :   (702) 380-8572
Email: darren.brenner@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEX BEREZOVSKY;<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY MONIZ, an individual; IDELL MONIZ, an individual; BANK OF AMERICA, N.A., WELLS FARGO BANK, N.A.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiffs ownership, or any cloud upon Plaintiffs title thereto (DOES 1 through 10, inclusive);<br><br>    Defendants,<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION;<br><br>    Counterclaimant and<br>    Crossclaimant,<br><br>v.<br><br>ALEX BEREZOVSKY; GARDEN TERRACE HOMEOWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES,<br><br>    Counter-defendant and Cross-defendants. | Case No.  2:15-cv-01186-GMN-GWF<br><br><br>**BANK OF AMERICA, N.A'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

{34043025;1}

Defendant Bank of America, N.A. moves this Court for an order extending the deadline to oppose Plaintiff Alex Berezovsky's previously-filed motion for summary judgment for one week. This motion is unopposed.

## POINTS AND AUTHORITIES

On June 9, 2015, Plaintiff filed a motion for summary judgment. On June 22, 2015, this matter was removed to federal court. If the state court calculation for the deadline to oppose the motion were to remain in effect, the opposition would be due on June 26, 2015. If, however, the federal rules for calculating the deadline control, the opposition would be due on or about July 3, 2015. Regardless, the parties have conferred, and agree that any opposition need not be due until July 3, 2015.

To the extent that this operates as an extension which requires court approval, good cause exists for the extension. *See* LR 6-1 (authorizing a party to seek an extension of time). As noted, this matter was only recently removed to federal court. On June 24, 2015, defendant Federal Home Loan Mortgage Corporation (**Freddie Mac**) filed its answer in intervention, which includes counter-claims against other new parties. Given the change in case posture, counsel for Bank of America contacted Plaintiff to inquire as to next steps in the case, including to determine Plaintiff's position on whether its motion for summary judgment filed in state court against Bank of America remains pending or should be withdrawn or refiled, and whether and to what extent a new scheduling order should issue following removal. These discussions are ongoing, and Plaintiff has advised that it does not oppose the extension requested in this motion. Accordingly, good cause exists to extend the deadline to oppose Plaintiff's motion for summary judgment, to the extent the state court deadline remains valid, until at least **July 3, 2015.**

. . .

. . .

. . .

. . .

. . .

. . .

{34043025;1}

If the parties cannot come to an agreement on next steps in this case, Bank of America may seek further relief from the Court, or otherwise request a Rule 16 scheduling conference.

DATED: June 26, 2015

**AKERMAN LLP**

/s/ *Tenesa S. Scaturro*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

**ORDER**

**IT HEREBY ORDERED** that the deadline to oppose Plaintiff's motion for summary judgment is extended to July 3, 2015.

**DATED** this 7th day of July, 2015.

Gloria M. Navarro, Chief Judge
United States District Court

{34043025;1}