# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEX BEREZOVSKY, ) | |
| Plaintiff, ) | Case No. 2:15-cv-01186-GMN-GWF |
| vs. ) | **ORDER** |
| GREGORY MONIZ, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on June 22, 2015. Defendant Federal Home Loan Mortgage Corporation filed its Answer (#4) on June 24, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 24, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge